UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

LOCHLAND D. JEFFRIES,

    Plaintiff,

v.

CONTINENTAL AIRLINES, AND
MARGARET COULLARD PHILLIPS,

    Defendants.

Civ. Action No.: 07-1761 (PGS)(ES)

**ORDER OF DISMISSAL**

It having been reported to the Court that the above-captioned action has been settled,

IT IS on this 20 day of February, 2008

ORDERED that:

(1) The terms of the attached Settlement Agreement and General Release ("Agreement") between plaintiff, Lochland D. Jeffries ("Plaintiff") and defendant, Continental Airlines, Inc. ("Continental"), are expressly incorporated herein by reference;

(2) Plaintiff and Continental are immediately to comply with the Agreement;

(3) This action is hereby DISMISSED without cost and without prejudice to the right, upon motion and good cause shown, within 60 days, to reopen this action and/or to enforce the terms of the Agreement, if the settlement is not consummated; and

(4) This Court expressly retains jurisdiction, as set forth in paragraph 3, both to reopen this action (including to decide Continental's pending motion for sanctions) and to enforce the terms of the Agreement.

(5)     If any party shall move to set aside this Order of Dismissal as provided in the third paragraph or pursuant to the provisions of Fed. R. Civ. P. 60(b), in deciding such motion the Court retains jurisdiction of the matter to the extent necessary to enforce the terms and conditions of any settlement entered into among the parties.

*[signature]*
Peter. G. Sheridan, U.S.D.J.